COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:     01-13-00415-CR, 01-13-00416-CR, 01-13-00417-CR

Style:     Javier Noel Campos v. The State of Texas

Date motion filed[*]:     August 11, 2014

Type of motion:     State's Third Motion for Extension of Time to File Appellate Brief

Party filing motion:     Appellee

Document to be filed:     Appellee's brief

If motion to extend time:

    Original due date:     May 27, 2014

    Number of extensions granted:     2     Current Due date:  August 11, 2014

    Date Requested:     September 10, 2014

Ordered that motion is:

    ☐ Granted

        If document is to be filed, document due:

        ☐    No further extensions of time will be granted

    ☒ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

    **Given our previous order informing appellee that no further extensions would be granted absent extraordinary circumstances, we DENY appellee's third motion for extension of time to file the appellee's brief.  If the appellee's brief is not filed within 7 business days from the date of this order, we may order appellee's counsel to appear and show cause why he should not be held in contempt of court.**

Judge's signature: /s/ Evelyn V. Keyes

        ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date:  August 19, 2014

November 7, 2008 Revision